United States District Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HOWARD MAINES | ) |
| | ) MISC. ACTION NUMBER |
| VS. | ) M-09-0003 |
| | ) |
| STATE OF TEXAS | ) |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Howard Maines's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry Number 3 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner.

DONE on this 29th day of March, 2024, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE